THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John E. Stone,       
Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2005-UP-100
Submitted February 1, 2005  Filed February 10, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: John E. Stone appeals from his 
 conviction for kidnapping and first-degree criminal sexual conduct, arguing 
 the trial court erred in instructing the jury that the testimony of the victim 
 need not be corroborated.    Stones counsel attached to the brief a petition 
 to be relieved as counsel, stating that he had reviewed the record and concluded 
 this appeal lacks merit.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Stones appeal and grant counsels motion to 
 be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.